# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALYCE BURVANT

VERSUS

AXIS SURPLUS INSURANCE
COMPANY A/K/A AXIS
INSURANCE SERVICES, LLC AND
HOOTERS OF LOUISIANA, LLC
A/K/A HOOTER'S OF SLIDELL

NO. 2025 CW 0715

**NOVEMBER 03, 2025**

---

In Re:    Dalyce Burvant, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          201912355.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of all exhibits attached to Relator's Motion for Partial Summary Judgment, in particular the video attached to Exhibit E and Exhibit F, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before December 03, 2025, and must contain a copy of this ruling.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT